# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEOFFREY SZYMANSKI, | ) |
| Plaintiff, | ) CASE NO.: 5:17-CV-390-F |
| v. | ) |
| COXCOM, LLC and COX COMMUNICATIONS, INC., | ) |
| Defendants. | ) |

## ORDER

Having reviewed the Consent Motion for Approval of Settlement Agreement Pursuant to the Fair Labor Standards Act ("Motion to Approve") (Dkt. No. 44), and upon review of the private settlement agreement agreed to by the parties in this action, the Court concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate, and reasonable. This Court thereby GRANTS the Motion to Approve and orders that the above-styled action be DISMISSED WITH PREJUDICE as against Defendants CoxCom, LLC and Cox Communications, Inc.

Dated this 3rd day of October, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0390p009.PO.docx